MN-305
(5/94)

#4093

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Daniel & Judy Buskovick                    Chapter 7 Case No. 10-38976

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Larson Allen<br>109 North Main St PO Box 217<br>Austin MN 55912 | 3 | $167.00 | $2.84 |
| Jim's Lawn Care Service<br>893 SE 74th Ave<br>Owatonna, MN 55060 | 4 | $133.00 | $2.26 |
| Charter Communications<br>1265 John Q Hammons Drive Suite 100<br>Madison, WI 53717-1936 | 6 | $253.93 | $4.32 |

Dated:  August 9, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

RECEIVED 11 AUG 10 AM 11:25 US BANKRUPTCY COURT ST PAUL, MN